In the Matter of HARRIET H. ANDREWS, Appellant, against MARK GRAVES et al., Constituting the State Tax Commission, Respondents.

Argued April 28, 1942; decided May 28, 1942.

*Henry M. Stevenson* for appellant.

*John J. Bennett, Jr., Attorney-General (John C. Crary, Jr.,* and *Wendell P. Brown* of counsel), for respondents.

Order affirmed, with costs; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH, RIPPEY, LEWIS, CONWAY and DESMOND, JJ.